■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE CHIN, Appellant. [48 NYS3d 617]—Appeal by the defendant, by permission, from an order of the Supreme Court, Kings County (Simpson, J.), dated February 20, 2013, which, without a hearing, denied his pro se motion pursuant to CPL 440.10 to vacate a judgment of the same court rendered October 17, 2009, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the order is affirmed.

The Supreme Court properly denied, without a hearing, the defendant's motion pursuant to CPL 440.10 to vacate the judgment of conviction. Contrary to the defendant's contention, the court could determine from the parties' submissions that the defendant was not deprived of the effective assistance of

counsel (see CPL 440.30 [1], [2], [4]; *People v Satterfield*, 66 NY2d 796, 799 [1985]; *People v Aguirre*, 92 AD3d 951, 951-952 [2012]; *People v Canty*, 32 AD3d 1043, 1044 [2006]; *People v Demetsenare*, 14 AD3d 792, 793 [2005]).

The arguments raised by the defendant in his pro se supplemental brief are without merit. Chambers, J.P., Roman, LaSalle and Barros, JJ., concur.